# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1036

_____

United States of America,      *
                               *
        Appellee,              *
                               *    Appeal from the United States
    v.                         *    District Court for the Southern
                               *    District of Iowa.
Mark Felix English,            *
                               *     [UNPUBLISHED]
        Appellant.             *

_____

Submitted: September 2, 2003
Filed: September 5, 2003

_____

Before RILEY, HANSEN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Mark English appeals the district court's[1] denial of his motion to reduce his criminal sentence. To the extent that English's motion was cognizable in this postsentencing proceeding, and to the extent the district court's rulings are reviewable, we conclude that the district court's denial of relief was proper, and that the district court did not abuse its discretion in denying English's motion to reconsider. Accordingly, we affirm. See 8th Cir. R. 47B. The government's motions to dismiss the appeal as untimely, and to strike a portion of the record, are denied.

_____

[1]The Honorable Ronald E. Longstaff, Chief Judge, United States District Court for the Southern District of Iowa.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.